JAMES E. HAMEL, Respondent, *v.* THE BROOKLYN AND NEW YORK FERRY COMPANY, Appellant.

125  707
129  514

(Submitted December 10, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 15, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*James Troy* for appellant.

*A. W. Gleason* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

HENRY LISSA et al., Appellants, *v.* EMIL GOODKIND et al., Respondents.

(Argued December 10, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 6, 1889, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*Sol Kohn* for appellants.

*Gibson Putzel* for respondents

Agree to affirm; no opinion.
All concur.
Judgment affirmed.